NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000389
04-JUN-2015
11:02 AM

NO. CAAP-15-0000389

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu, on behalf of the State of Hawaii Plaintiff-Appellant,
v.
TWELVE (12) PRODUCTS DIRECT MACHINES (TOTAL ESTIMATED VALUE $42,000.00) SEVEN HUNDRED FORTY FOUR DOLLARS IN UNITED STATES CURRENCY ($744.00) ONE (1) DVR (ESTIMATED VALUE $100.00) (TOTAL AGGREGATE VALUE $42,844.00) Defendant-Appellee,
and
PJY ENTERPRISES, Claimant-Appellee,
and
WINNER'Z ZONE APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA; AND STEVE OHIRA, Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 14-1-0568)

ORDER OF CORRECTION
(By: Foley, Presiding Judge, for the court[1])

IT IS HEREBY ORDERED that the Order Dismissing Appeal for Lack of Appellate Jurisdiction in Appellate Court Case Number CAAP-15-0000389, filed on June 4, 2015, is hereby corrected as follows:

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.

In the caption on the first page, the identification of the Claimants-Appellants is corrected to read:

**WINNER'Z ZONE APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA; AND STEVE OHIRA, Appellees**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, June 4, 2015.

FOR THE COURT:

Presiding Judge